The Commonwealth of Pennsylvania v. Charles Glad-
felter et al., Appellants.

Argued March 18, 1896.   Appeal No. 157, Jan. T., 1896, by
defendants, from judgment of Q. S. Lycoming County, Decem-
ber Term, 1894, No.      , on verdict of guilty.   Before STER-
RETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN
and FELL, JJ.   Case remitted to Superior Court.

PER CURIAM, March 23, 1896:

This case presents the same question of jurisdiction that has
been considered and disposed of in opinion just filed in Com-
monwealth v. O. W. Dunham, at No. 156, January term, 1896.

For reasons given in that case, this appeal should be trans-
mitted, as provided for in section nine of the Superior Court
act of June 24, 1895, P. L. 220.

It is accordingly ordered that this case be remitted, at the
costs of appellant, to the Superior Court for hearing and de-
cision.